STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280630)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BHUPINDER BHANDARI,<br><br>Defendant. | NO. 3:20-CR-00374-JD<br><br>REQUEST FOR CHANGE OF PLEA HEARING AND STIPULATION TO EXCLUDE TIME AND ~~[PROPOSED]~~ ORDER |

On May 4, 2022, the above-captioned case was reassigned from the Honorable Charles R. Breyer, Senior United States District Court Judge to the Honorable James Donato, United States District Court Judge. See ECF 69.

The parties hereby request that a change of plea hearing be set for Monday, May 23, 2022 at 10:30 a.m., which the parties understand is available for setting.

Time under the Speedy Trial Act was previously excluded until May 17, 2022. It is stipulated by and between counsel for the United States and counsel for the defendant Bhupinder Bhandari that time be excluded under the Speedy Trial Act from May 17, 2022 through May 23, 2022 so that defense counsel could prepare for the change of plea proceeding. The parties stipulate and agree that excluding

REQUEST FOR CHANGE OF PLEA HEARING AND STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. 3:20-CR-00374-JD V. 7/10/2018

time until May 23, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 17, 2022 through May 23, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Additionally, the parties will lodge with the Court a copy of the plea agreement for the Court's review. Accordingly, time is also properly excluded under 18 U.S.C. § 3161(h)(1)(G) (delay resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 6, 2022

/s/
CHRISTOFFER LEE
Assistant United States Attorney

DATED: May 6, 2022

/s/
BRIAN F. MCEVOY, ESQ.
Counsel for Defendant
BHUPINDER BHANDARI

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from May 17, 2022 through June 6, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and is properly excludable as delay resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government. 18 U.S.C. § 3161(h)(7)(B)(iv); 18 U.S.C. § 3161(h)(1)(G). The Court further finds that the ends of justice served by excluding the time from May 17, 2022 through June 6, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 17, 2022 through June 6, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); 18 U.S.C. § 3161(h)(1)(G).

The Court SETS this matter for a change of plea hearing on **June 6, 2022**, at 10:30 a.m.

IT IS SO ORDERED.

DATED: May 13, 2022_

HON. JAMES DONATO
United States District Judge