Brian F. McEvoy
Grace W. Zoller
BAKER & HOSTETLER LLP
*Admitted Pro Hac Vice*

Victoria Weatherford (CABN 267499)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2634
Facsimile: (415) 659-2601
Email: vweatherford@bakerlaw.com

Attorneys for Defendant Bhupinder Bhandari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00374-JD-1 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| BHUPINDER BHANDARI, | |
| Defendant. | |

COMES NOW Defendant Bhupinder Bhandari, M.D., by and through undersigned counsel, and the United States, by and through its counsel, United States Attorney for the Northern District of California and Assistant United States Attorney Christoffer Lee, and hereby stipulate as follows:

1. On June 6, 2022, defendant pleaded guilty to Count Seven of the Superseding Indictment in the above-captioned matter, which charged defendant with the Anti-Kickback Statute in violation of 42 U.S.C. § 1320a-7b(b).

2. At the Change of Plea Hearing, the Court set a sentencing hearing date for October 17, 2022, at 10:30 a.m.

3. The Parties hereby request that the sentencing hearing in this matter be continued to December 12, 2022.

4. The undersigned certifies that he has obtained approval from counsel for the United States to file this stipulation and proposed order.

Dated: September 19, 2022     Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Brian F. McEvoy*
      BRIAN F. MCEVOY

Attorney for Defendant Bhupinder Bhandari

Dated: September 19, 2022     By:   */s/ Christoffer Lee*
                                    CHRISTOFFER LEE
                                    Assistant United States Attorney

Attorney for the United States of America

## **CERTIFICATE OF SERVICE**

I, Brian F. McEvoy, hereby certify that on September 19, 2022, I electronically filed the STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER on behalf of the Defendant, Bhupinder Bhandari, with the Clerk of Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

            */s/ Brian F. McEvoy*
            Brian F. McEvoy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BHUPINDER BHANDARI,<br><br>Defendant. | Case No. 3:20-CR-00374-JD-1<br><br>[PROPOSED] ORDER |

Based upon the facts set forth in the Stipulation to Continue Sentencing Hearing, and for good cause shown therein, the Court hereby GRANTS the Stipulation and continues Defendant Bhupinder Bhandari, M.D.'s sentencing hearing from October 17, 2022, at 10:30 a.m. to December 12, 2022.

IT IS SO ORDERED.

DATED: 9/23/2022

THE HONORABLE JAMES DONATO
United States District Court Judge